

# NUMBER 13-18-00614-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ELOY HERACLIO ALCALA,**                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                          **Appellee.**

---

### On appeal from the 332nd District Court
### of Hidalgo County, Texas.

---

# ORDER TO FILE APPELLATE BRIEF

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

This cause is currently before the Court on appellant's fourth motion for extension of time to file the brief. The reporter's record was filed on May 6, 2019, and appellant's brief was originally due to be filed thirty days thereafter. *See* TEX. R. APP. P. 38.6(a). Appellant's first motion for extension of time to file the brief was granted in part and denied

in part. The Court denied a 120-day extension and granted two 90-day extensions of time to file the brief. Appellant now seeks an additional 60 days after receipt of a corrected clerk's record and complains of an incorrect index in the Clerk's record. However, there is neither a motion to abate nor motion requesting a corrected clerk's record. Furthermore, nothing in the record or motion reflects such a request has been made directly to the Trial Court's Clerk.

The Court GRANTS appellant's fourth motion for extension to file the brief and ORDERS the Honorable Victoria Guerra to file the brief on or before February 28, 2020. The Court further ORDERS appellant to cite the actual page numbers on each page of the record wherever a discrepancy exists between the Clerk's Index and the page number on the record itself. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of January, 2020.